UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL RAY ERICKSON,

           Plaintiff,

-vs-                                            Case No.  2:10-cv-183-FtM-36SPC

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
_____

## ORDER

This matter comes before the Court on periodic review.  On June 21, 2010, this Court granted Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #6) and ordered the Clerk to provide Plaintiff with U.S. Marshal Form 285.  Plaintiff returned the Waiver of Service and a U.S. Marshal's 285 form for the Commissioner of Social Security.  The 285 form was not completed properly, and Erickson failed to provide forms for service on the Attorney General and the U.S. Attorney's Office.  The Court will direct the Clerk to provide Erickson additional forms, and will require him to complete them properly.

Accordingly, it is now

**ORDERED:**

(1)    The Clerk is directed to provide three (3) summons and three (3) U.S. Marshal's 285 forms.  No Waiver of Service form is required.

(2)    The Plaintiff must serve the following:

    (a)    United States Attorney's Office
              400 N. Tampa St., Suite 3200
              Tampa, Florida 33602

  (b)  Attorney General of the United States
     Department of Justice, Room B-324
     10th & Constitution Ave., NW
     Washington, DC 20530

  (c)  Office of the Regional Chief Counsel, Region IV
     Atlanta Federal Center
     61 Forsyth St., SW, Suite 20T45
     Atlanta, GA 30303-8920

(3) The Plaintiff must complete each of the enclosed forms **FOR EACH DEFENDANT**. On the Summons and Marshal's Form 285, the Plaintiff is required to fill in the names and addresses of the Defendants in the appropriate spaces on the summons and marshal's forms. The Plaintiff shall fill in "60" as the number of days allowed to answer. **THE PLAINTIFF MUST SIGN THE 285 FORM**.

(4) The Plaintiff must then mail the completed forms to the Clerk's Office. The completed forms must be returned to the Clerk's Office by **November 29, 2010.** Failure to return the completed forms within this time period will result in dismissal for failure to prosecute, without further notice.

(5) The Plaintiff must provide two (2) additional copies of his Petition to the Clerk.

**DONE AND ORDERED** at Fort Myers, Florida, this   28th   day of October, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record