UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL RAY ERICKSON,

        Plaintiff,

-vs-                                        Case No.  2:10-cv-183-FtM-36SPC

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

## ORDER

This matter comes before the Court on periodic review.  The Court has been informed that Plaintiff did not place his address on the summons form for this case.  The Court finds that it is appropriate in this instance to direct the Clerk to complete the form.  Plaintiff is cautioned though that in the future he must fully complete all forms provided to him by the Court.  Failure to do so could result in dismissal of Plaintiff's case.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to fill in Plaintiff's address as reflected in the CM/ECF system on the summons form.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of November, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record