**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DANIEL RAY ERICKSON,

                Plaintiff,

-vs-                                                      Case No.  2:10-cv-183-FtM-36SPC

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____

**ORDER**

This matter comes before the Court on the Petitioner, Daniel Ray Erickson's Modified Petition for Writ of Mandamus (Doc. #24) filed on February 18, 2011.  On February 2, 2011, the Court allowed the Petitioner to file a Modified Petition for Writ of Mandamus.  The Petitioner filed the Modified Petition on February 18, 2011.  However, the Petitioner failed to sign the pleading.  Pursuant to Fed. R. Civ. P. 11, an unsigned paper shall be stricken from the record.  Even though the Petitioner is preceding *pro se*, it is mandatory that he participate and cooperate in discovery, comply with the deadlines established in the Court's Scheduling Order,  respond properly to motions, and proceed in accordance with the Federal and Local Rules.  Loren v Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002) (holding that even *pro se* parties must follow procedures).

Here, the Petitioner has failed to comply with the Federal Rules and his Petition is due to be stricken from the record.  The Petitioner will be given leave to file another Modified Petition for Writ of Mandamus within a specified period of time as denoted below.

Accordingly, it is now

**ORDERED:**

The Petitioner, Daniel Ray Erickson's Modified Petition for Writ of Mandamus (Doc. #24) is hereby **STRICKEN** from the record.

(1) The Clerk of the Court is directed to **STRIKE** the Petition.

(2) The Petitioner Daniel Ray Erickson is given leave to file another Modified Petition for Mandamus on or before **Thursday, March 17, 2011.**

(3) Failure to provide a Modified Petition for Mandamus as directed by the Court will cause the Court to proceed under the initial Petition for Mandamus (Doc. # 1).

**DONE AND ORDERED** at Fort Myers, Florida, this   23rd   day of February, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record