UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

DANIEL RAY ERICKSON,

    Plaintiff,

v.                                                              CASE NO. 2:10-CV-183-FtM-36SPC

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell (Dkt. 31), recommending that: 1) Defendant's Motion for Summary Judgment or Alternatively Motion to Dismiss Plaintiff's Modified Petition for Writ of Mandamus (Dkt. 28) be granted; 2) Plaintiff's request for sanctions in his response (Dkt. 30) be denied; and 3) Plaintiff's Modified Petition for Writ of Mandamus (Dkt. 26) be denied. Plaintiff filed duplicative objections to the Report and Recommendation (Dkts. 34, 35).[1] Defendant did not file an objection to the Report and Recommendation, but responded to the Plaintiff's objections (Dkt. 36).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the

---

[1] Defendant filed an amended suggestion of death on October 27, 2011 (Dkt. 38). According to the record, Plaintiff, who was proceeding *pro se*, died on July 3, 2011, and Defendant is unaware of any representative upon which to serve the Suggestion of Death. To date, no individual has moved to be substituted for Plaintiff. Because this matter is ripe for review by the Court, the Court will rule on the Report and Recommendation.

Magistrate Judge's Report and Recommendation should be adopted, confirmed and approved in all respects.  The Court finds it lacks jurisdiction to hear Plaintiff's case because the Social Security Administration is still processing Plaintiff's claim, and there is no clear and indisputable right to performance of the duty demanded.  Further, Plaintiff did not demonstrate that he exhausted his administrative remedies.  *See Crayton v. Callahan*, 120 F.3d 1217, 1220 (11th Cir. 1997).  The Court also found good cause to allow Defendant to file out of time, and Plaintiff's request for sanctions is denied.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 31) is **ADOPTED**, **CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) Plaintiff's Modified Petition for Writ of Mandamus (Dkt. 26) is **DENIED**.

3) Defendant's Motion for Summary Judgment or Alternatively Motion to Dismiss Plaintiff's Modified Petition for Writ of Mandamus (Dkt. 28) is **GRANTED**.

4) Plaintiff's request for sanctions, included in his response is **DENIED**.

5) This action is **DISMISSED** for lack of jurisdiction.  The Clerk is directed to terminate all pending motions, enter judgment accordingly and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 30, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI POLSTER CHAPPELL
COUNSEL OF RECORD